UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL M. BATES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0506** |
| **N. BURL CAIN, WARDEN** | **SECTION "N" (4)** |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by plaintiff on February 12, 2014, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Paul M. Bates's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 23rd day of April, 2014.

_____
**UNITED STATES DISTRICT JUDGE**